UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

---

CHERYL ALLEN FORZIATI,

        Plaintiff,

   v.

ADAM JAMES NELSON,

        Defendant/Judgment Debtor,

   v.

WESTERN WASHINGTON FOOTBALL OFFICIALS ASSOCIATION,

        Garnishee.

Case No. MC19-0065RSL

ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT

---

This matter comes before the Court on plaintiff's second "Application for Issuance of Writ of Garnishment for Continuing Lien on Earnings" seeking to garnish property in which defendant/judgment debtor Adam James Nelson has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Western Washington Football Officials Association. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Garnishment For Continuing Lien on Earnings" (Dkt. # 1-4) submitted by plaintiff's counsel on June 6, 2019.

1   Dated this 13th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT                                   -2-